UNITED STATES' DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION: 07-11958-EFH

AZUBUKO

V

EMPIRE INSURANCE COMPANY – ET AL

PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT [FRCP (b)(2)(4)]

INTRODUCTION

The motion markedly dissociated from the bases for the proceedings commencement. It centered on the undersigned's purely unfair life-time condemnation to pre-filing order for exercising well-established constitutional right. [First Amendment] Of course, "The law can be an ass, but not yet assinity."[1] Those would be the brief bases for the head or subject matter.

01) *STARE DECISIS* IN CONSTITUTIONAL LAW"

[T]he sub-head originated from the United States' judicial "GPS." [Article III] The undersigned was not the father or the author. [*Cf. Brady v. NFL*, USDC Mass. (2015)]

02) UNUSUAL CRUELTY

Life time restriction of undersigned access to the Court roundly qualified for the sub-head. What was/were the undersigned's offence/s? Even a murderer enjoyed better conditions from the Court than the undersigned! Numerous precedents associated with the sub-head as any minister of justice knew. In essence, courts had condemned pre-filing orders without compliance to pre- and post- deprivation hearing/s. That was the most striking basis for the revision of Brady's laughable unintelligent NFL's suspension for four-game vis-à-vis claptrap ball deflation-gate.

---

[1] Late Judge Dennying, Alfred – United Kingdom.

### 03) KNOWINGLY DEPRIVATION OF DUE PROCESS

Due process should not be equated with Burger King's or/and MacDonald's drive throughs. Proverbially, life, liberty and property interest would not be taken away devoid of pre- and post-deprivation hearing/s. In the United States, that had been given. Or, every school boy knew that!

### 04) JUDICIAL DISCRIMINATION

Evidently, the undersigned was not protected by the United States' law, in a manner of speaking! The Universal Declaration of Human Rights (1969) did, because the United States was amongst the signatories. The flagrant pre-filing condemnation of the undersigned devoid of pre- and post-deprivation hearing/s qualified for the sub-head. The NAMES of those the Court condemned to pre-filing order without pre- and post- deprivation hearing/s underscored the sub-head indisputably/tenaciously.

### 05) CONDEMNATION TO INJURY AND ERROR OF LAW

Of course, the processes, which led to the life-time pre-filing order condemnation underscored the sub-head and markedly dissociated from the universally acceptable jurisprudence standards.

### CONCLUSION

It augured ill for mankind for a jurist to deeming it advisable to approaching jurisprudence maliciously! Far be it from malediction, such condescension lent itself to the saga of the Temple Shiloh or corruptive administration of justice. Regrettably, Priest Eli and his two notorious sons paid for it. How many years had the undersigned been condemned to the pre-filing order? By and large, it would be superlatively moral and lawful to quash or annul it without time wasting. It was blatantly unlawful and discriminatory by and large!

**Submitted on Thursday – September 10th – 2015**

_____
CHUKWUMA E. AZUBUKO
*Pro Se*
P O Box 17111
Boston – MA 02117
(857) 417 2044


**cc:  United States' Assistant Attorney General Carmel Ortiz**