**UNITED STATES' DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

**CASE NUMBER: M.B.D. NO. 15-mc-91330-FDS**

**CHUKWUMA E. AZUBUKO**
**Plaintiff**

**V**

**JUDGE RICHARD STORY**
**Defen**dant

_____

_____

**PLAINTIFF'S THIRD AND FINAL MOTION FOR RELIEF FROM**
**JUDGMENT OR ORDER [FRCP 60 (b)(4)]**

**INTRODUCTION**

The Plaintiff had received the Court's characteristic denied order dated 11/03/16

post-marked  04/27/2017 on Saturday – 04/29/2017. [App. 1 – no copy for the

Court]  The  crypto-employee of the Court actions markedly deviates from

constitutional requirements of "fair play" and "substantial justice."  Getting to the

merits of the case is not the issue, but denial of the Plaintiff the chance to file the

Complaint.  Irrefutably, jurisdiction and venue are right without circumlocution

and tergiversation.  Sadly, the cryto-employee of the Court luxuriates in vivid

***obstruction of justice***, which resoundingly violates criminal law of the United

States! It calls for mandatory report ! The Plaintiff angles not at judicial tokenism or preferential treatments. Such judicial condescension qualifies for *quo warranto* – on whose authority is the Court's crypto-employee acting? It also qualifies for *total legislature ouster* – an action embarks upon that has no law-makers' origination. It equally lends itself to lack of jurisprudential skill. The Plaintiff will serialize his responses vis-à-vis the head or subject matter and additions where necessary [or if need be]

## 01)   DENIAL OF MOTION TO FILE CENTRAL TO PRE-FILING ORDER IS FLAGRANTLY UNCONSTITUTIONAL - CONDEMNATION WITHOUT ADVERSE HEARINGS

The denial itself is irrefutably *ultra vires* or "out of all jurisdiction." It was mountainously scientifically immoral or wicked; it was unconscionable for being tantamount to unusual cruelty; it was a constructive practice of slavery. [Eight Amendment; 13th Amendment; 14th Amendment] It was crassly shameful for its negation of the matchless law of the land! Where is the higher order of thinkings (h.o.t.), indeed? What happened to the oath of office - to defending, protecting and upholding - the matchless law of the land if took? The pre-filing order was in stark violation of "Stare Decisis In Constitutional Law." [Article III; C.f. *De Long v. Hennessey*, 912 F.2d 1144 (9th Cir. 1990); *Board of Regents of Univ. of State of N.Y. v. Tomanio*, 446 U.S. 478 (1980); ...]

**02)    "THE COURT FOUND THE PROPOSED COMPLAINT TO BE FRIVOLOUS ..."**

What qualifies others for jury trial and consistently disqualifies the Plaintiff and others similarly situated with him? What really cements or justifies the baseless fear? What justifies punishment for adherence to the rule of law as if the Plaintiff were a terrorist? Central to the sub-head, the Court's crypto-employee/s act/s devoid of modicum of judicial neutrality, indeed! The Plaintiff was condemned to obvious blatant discriminatory injury and error of law; such condescension is actionable! [28 U.S.C. Secs. 1361 and 2680(h); Mass. Const. Art. 6; M.G.L.c. 249 Sec. 6; 42 U.S.C. Sec. 981, 1985 and 986; ...] There is no written law, which focuses on the "minimum contacts" jurisdiction. It adequately existed for 24-month distance education contract with the University of Northumbria at Newcastle upon Tyne – United Kingdom. Isn't the duration ir/refutable? The Court's crypto-employee should not evade answering if 24-month was in/adequate to exercising jurisdiction over an United Kingdom's educational institution – University of Northumbria at Newcastle upon Tyne – conducting commercial activities in the United States in conformity with the "Foreign Sovereign Immunities Act." **[C.f. 28 U.S.C. Secs. 1605 Secs (2)(3) and 606]** United Kingdom has superfluous contacts with the United States given that the University did not. However, the University of Northumbria has superfluous mountainous

contacts with the United States' universities and colleges.  More, United Kingdom colonized the United States and has embassies in the United States: she has one in Massachusetts – Cambridge (by Storrow Drive).  So, what was the Defendant angling at?  Calculated rationalization of irrationalities under the color of the law in stark violations of the United States' criminal and civil law, which the Court's crypto-employee shams ignorance of knowingly.  Sadly, the Court's crypto-employee/s is/are  also knowingly blind at the shameless judicial's hypocrisy of the Defendant.  What has eaten the proverbial Equal Protection and Due Process Clauses, which stands out in the administration of justice in the United States if not the world over?

**03)   "… DENYING FOR THE REASONS SET FORTH IN THE MEORANDUM AND ORDER"**

The Court's crypto-employee/s for in/explicable reason/s deem/s it advisable to acting like "A baby-sitter who takes extraordinary care of the baby in the presence of her/his mother."  This is a situation an appropriate adult fails to acting appropriately!  Why?  Was the oath of office not taken to defending, protecting and upholding the law of the United States?  What justifies the characteristic negation of the rule of law and the oath of office without an iota of moral qualm?  Unfortunately, others are religiously punished for minimum infraction of the law, but wholesale flippancy [of the law] goes with impunity!  That is Temple Shiloh-

like under the watch of Priest Eli or Sodom and Gomorrah's administration-like,

indeed!

## 04)   "COURT'S PROHIBITION OF PLAINTIFF FROM FILING ANY FURTHER ..."

One is not obligated to obeying an **unconstitutional** order, indeed!  The order

violates the Plaintiff's well-established constitutional rights.  [First Amendment;

Eight Amendment]  The Court's crypto-employee's' Complaint filing order is

likenable to President Trump's Executive Orders On Immigration; an excerpt read

thus:

"Trump's Sloppy, Unconstitutional Order on Sanctuary Cities."

## 05)   WHAT IS/ARE THE PLAINTIFF'S OFFENSE/S FOR THE FILING OF THE COMPLAINT DENIAL

The only offense is filing legitimate cases with the Court, which the Court deems

offensive and precipitate the Plaintiff into pre-filing order devoid of pre- and post-

hearings,which are flatly unintelligent unconstitutional by and large. The Plaintiff

has the right of exercising his First Amendment's rights whenever law.  Relevant

excerpts read thus:

"This claim and exercise of a Constitutional right cannot be converted into a
crime" ... a denial of them could be a denial of due process of law." [*Simmons v.
United States*, 390 U.S. 377 (1968)]

"The innocent individual who is harmed by an abuse of governmental authority is
assured that he will be compensated for his injury." [C.f. *Owen v. City of
Independence*, 445 U.S. 622 91980)]

"There can be no sanction or penalty imposed upon one because of his exercise of constitutional rights." [C.f. *Sherar v. Cullen*, 481F.2d 946 (1973)]

## 06)   VIOLATIONS OF THE CRIMINAL LAW

This applies to the Defendant and the crypto-employee of the Court that originates

the characteristic queer c laughable Complaint filing denied order despite national

anthem's composition of "Justice for all, ..."   [18 U.S.C. Secs. 241, 242, 245, ...]

## 07)   CHANGE OF ADMINISTRATION

Hopefully, the new administration of President Trump will not blind at the

Plaintiff's dilemma like President Obama's administration.

## 08)   EQUAL PROTECTION AND DUE PROCESS CLAUSES

The paper's committal justice administration is neither to the optimum mission nor

goals of law or administration of justice.  Granted the Plaintiff is not protected by

the United States' law, but The Universal Declaration of Human Rights, which the

United States is amongst the signatories do not.  Anybody could sit behind the

computers and create a Complaint denied order filing without pre- and post-

hearings.  The Plaintiff cries not for the moon jurisprudentially with candor in

communications!  The Court's crypto-employee/s is/are trivializing the Plaintiff 's

well-established constitutional rights or civil rights discriminatorily vulturically

with calmness of the mind, though very unlawful and condemnable.

## 09)   PLAINTIFF AND [FALSE] CONTEMPT OF COURT

The Plaintiff will be willing to submit to the Court's crypto-employee/s for

contempt of Court – non-compliance with her crass hypocritical shameful

unintelligent unconstitutional order!  The Court mountainously unfairly condemns

the Plaintiff to crass unconstitutional acts thus bullings.

## 10)   RACIAL DISCRIMINATION THUS *BUT FOR*

The sub-head sounds iconoclastic, but straight from the shoulders or is very

justifiable!  Indeed, it is far from being verbal's ejaculation!  The Court's crypto-

employee/s is/are acting "out of all jurisdiction" and deserve/s no modicum of

judicial immunities.  How could a contract of two-year fails to meeting minimum

contacts jurisdiction?   Sounds very irresponsible!  It is purely salt on injury!

Sadly, the Court's crypto-employee/s deniedd the Complaint filing without

hearings or precociously.  The Defendant is not above the law and probative

evidence exists!  [C.f. Art. III; Mass. Const. Art. 6; 28 U.S.C. Secs. 1361 and

2680(h)]  The Plaintiff has the constitutional right of appearing before a

COMPETENT Judge and not a crypto-employee/s of the Court acting as a judge;

the order was even without a rubber's stamp signature of the Judge associated with

the proceedings.  Is this constitutionally intelligent under democratic dispensation?

Factly, NO, indeed!  It epitomizes knowingly condemnation of the Plaintiff to

RACIAL injury and error of law with calmness of mind.  Reiteratively or

emphatically, racial judicial discrimination attaches scientifically!  It is

jurisprudence central to biological determinism – circumstances of birth!  Is it

intelligent lawful? Of course, NO!

**11)   DENIAL OF THE SECOND MOTION WAS UNCONSTITUTIONAL**

Central to the sub-head, the Plaintiff deems it judicious to submit the third motion

and final one.  The deprivation of Equal Protection and Due Process Clauses are

flagrantly unintelligently unconstitutional without tergiversation or mincing words!

Could the Court's crypto-employee/s act in keeping with the rule of law?

**12)   APPEAL INTENT DISCLOSURE**

Every school boy knows that the Court's crypto-employee/s is/are acting ultra vires

or out of all jurisdiction vis-à-vis denial of Complaint's filing.  Therefore, the

Plaintiff aims at appealing it despite the bullyings or intimidations.

**13)   CONDEMNATION TO OVERT INSIDIOUS INVIDIOUS RACIAL
        JUDICIAL DISCRIMINATION**

The Defendant condemned the Plaintiff to the sub-head irrefutably historically.

[C.f. ***Dred Scott v. Sandford***, 60 U.S. 393 (1987)]  The importance of President

Trump's baptismal speech remark will not be over-emphasized – "Every hurting

family can find healing" and it applies to the Plaintiff without circumlocution and

tergiversation!  The  gross unfair treatments of the Plaintiff lends itself to the saga

of Baltimore Orioles outfielder Adam Jones' saga – racial taunting at the Boston's Fenway. "We are better than this." [Mayor Marty Walsh][1]

**CONCLUSION**

[U]exaggeratedly, the Plaintiff NEVER got pre- and post- hearings on the insidious invidious pre-filing order condemnation as mandated by the law of the land!  The truth should be test and scientific answer/s will be attained timeless in this sphere or central to the matter in question, indeed.  The crypto-employee/s of the Court should desist from violation of the law under the color of administration of justice with impunity.  The Plaintiff is not a stupid thus understandings of the law, in all modesty!  The Plaintiff has [a] degree/s in law, in all modesty!  The Defendant should be ordered to order the University of Northumbria to award the Plaintiff the master degree in law (LLM with concentration on commercial law) he worked hard for.  The Plaintiff's 80,000-word dissertation excluding footnotes can be tendered any time or when seasonable!  The denial of the Complaint's filing on the issue starkly violates the Plaintiff's Civil Rights mountainously scientifically.  It should be noted that others will be served with a copy of the dubious condemnable queer denied order and a copy of the Plaintiff's Third And Final Motion without

---

[1] The Mayor of the City of Boston – Massachusetts.

disclosure! Reiteratively, two-year or 24-month is SUPERFLUOUSLY adequate for minimum contacts jurisdiction attachment and to reason otherwise is nothing, but rationalization of irrationalities devoid of moral qualm; it typifies calculated condemnable judicial hypocrisy and unusual cruelty without mincing words. It is unfair for the Court's crypto-employee to deny the Plaintiff access to the Court – denied Complaint's filing. The Complaint's filing denied order qualifies for but for or/and eggshell doctrine/s, which Massachusetts' Courts recognized civilly and criminally [at all material times] Above all, the Plaintiff is not obligated to obeying unconstitutional orders, indeed!

**Submitted on Mon ay – May 2nd – 2017**

CHUKWUMA E AZUBUKO
*Pro Se*
P O Box 171121
Boston – MA 02117
Telephone (617) 417 2044

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the head or subject matter is served to the attorneys of record to the Defendant via the United States' Postal Service pre-paid first-class mail thus on Thursday – May 4th - 2017:

United States' Attorney General
950 Pennsylvania Avenue NW
Washington DC 20530-0001

United States' Assistant Attorney General
For The District of Massachusetts
United States' District Court
One Courthouse Way Suite 9200
Boston – MA 02210 and

**Miscellaneous (Four Individuals/Organizations)**


CHUKWUMA E AZUBUKO
*Pro Se*
P O Box 171121
Boston – MA 02117
Telephone